UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-81397-CIV-MIDDLEBROOKS/WHITE

08- CR- 80020

ENRIQUE VELAZQUEZ-TONET,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS [DE 12] AND GRANTING PETITIONER'S MOTION TO WITHDRAW DOCUMENT [DE 11]

THIS CAUSE came before the Court upon the *pro se* Petitioner's § 2255 Motion to Vacate and Set Aside State Convictions [DE 1], the Magistrate Judge's Report and Recommendation ("Report") [DE 12], and Petitioner's Motion to Withdraw Document [DE 11]. The Court has reviewed the record and the Report. No party has filed an objection to the Report.

On September 17, 2009, Petitioner filed a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255. On December 2, 2009, Petitioner filed a Motion to Withdraw Document [DE 11], in which he asked to withdraw his Petition. On December 7, 2009, Magistrate Judge White issued a Report [DE 12] in which Petitioner was cautioned that the dismissal of his motion to vacate does not preclude application of the one year statute of limitations established by 28 U.S.C. § 2244(d) or other procedural defenses which may apply to any future motion to vacate. The report recommended that Petitioner's motion to withdraw be granted without prejudice, except as to any application of the federal statute of limitations or other procedural defenses that may apply. The report also directed the Petitioner to promptly file objections to this report if, upon considering the information contained in the report, he decides he does not wish to dismiss this case, but instead wishes to go forward with this motion. As of the date of this Order, no party has filed any objections.

1

Accordingly, for the reasons set forth in the Report and an independent *de novo* review, it is hereby

**ORDERED AND ADJUDGED:**

(1) that Magistrate Judge White's Report [DE 12] is **RATIFIED, ADOPTED and APPROVED** in its entirety. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Petitioner's motion to withdraw; and

(2) Petitioner's Motion to Withdraw the Petition [DE 11] is **GRANTED**. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 6 day of January, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Enrique Velazquez-Tornet, *pro se*
Reg. No. 73026-004
McRae Correctinoal Facility
P.O. Drawer #30
McRae, GA 31055

Counsel of Record